IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLAYTON J. FUCICH**                                                             **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 1:25-cv-160-TBM-RPM**

**BARRY W. ASHE**                                                               **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day,

IT IS ORDERED AND ADJUDGED that Defendant Barry Ashe's [5] Motion to Dismiss is GRANTED, and Plaintiff Clayton Fucich's claims against him are DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Barry Ashe's [11] Motion to Strike Plaintiff's Rebuttal [10] is MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Clayton Fucich's [14] Motion to Declare Void the Orders, Judgements, and Proceedings handed down by Judge Barry W. Ashe is DENIED.

This CASE is CLOSED.

THIS, the 31st day of March, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE